**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | |
|---|---|
| Leland Foster, Individually, : | |
| : | |
| Plaintiff, : | Case No. 2:17-cv-02082-CSB-EIL |
| v. : | |
| : | |
| BON-TON DISTRIBUTION, LLC, et al., : | |
| : | |
| Defendant. : | |
| _____/ : | |

## STIPULATION AND ORDER FOR DISMISSAL
_____

| | |
|---|---|
| OWEN B. DUNN, JR. | ADAM C. DECKER (Atty. No. 6315299) |
| **LAW OFFICE OF OWEN B. DUNN, JR.** | **PLUNKETT COONEY** |
| Attorneys for Plaintiff | Attorney for Defendant |
| 4334 W. Central Avenue – Suite 222 | 200 S. Wacker Drive, 31st Floor |
| Toledo, OH  43615 | Chicago, IL 60606 |
| T: (419) 241-9661 | T: (312) 674-4787 |
| (419) 241-9737 – fax | F: (312) 281-1623 |
| dunnlawoffice@sbcglobal.net | ADecker@plunkettcooney.com |

_____

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

By */s/Owen B. Dunn, Jr.*                           By */s/ Adam C. Decker*
 OWEN B. DUNN, JR.                                    ADAM C. DECKER
Attorney for Plaintiff                                       Attorney for Defendants

# ORDER OF DISMISSAL

At a session of said Court, held in the United States District Court for the Central District of Illinois, Urbana Division , on:_____

**PRESENT:   THE HON. COLIN S. BRUCE**
                **U.S. District Court Judge**

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause of action be and the same is hereby dismissed with prejudice, and without costs, interest or attorney fees to either party.

This resolves the last pending claims in this matter and closes the case.

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT COURT JUDGE**